FILED
U.S. DISTRICT COURT
2011 NOV -2 P 3: 04
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESUS APARICIO and ELIZABETH APARICIO, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; eTITLE INSURANCE AGENCY, LLC, a Utah comapny; and DOES #1-10,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:11-cv-00495<br><br>Judge Dee Benson |

      Before the court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on October 17, 2011, recommending that: (1) this Court grant Defendant eTitle Insurance Agency, LLC's ("eTitle") Motion to Dismiss Plaintiffs Jesus and Elizabeth Aparicio's ("Plaintiffs") Complaint for failure to state a claim upon which relief can be granted; (2) this Court grant Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted; (3) this Court deny Plaintiffs' motion to remand the matter to state court; and (4) this Court deny Plaintiffs' motion to consolidate.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation and hereby: (1) GRANTS Defendant eTitle's Motion to Dismiss; (2) GRANTS Defendant Wells Fargo's Motion to Dismiss; (3) DENIES Plaintiffs' Motion to Remand; and (4) DENIES Plaintiffs' Motion to Consolidate.

IT IS SO ORDERED.

DATED this 2nd day of November, 2011.

_____
Dee Benson
United States District Judge